# Court of Appeals
# of the State of Georgia

ATLANTA, ___July 24, 2015___

*The Court of Appeals hereby passes the following order:*

**A15E0039. THE STATE v. JOHANN MICHAEL WOOD.**

The Appellant has filed a motion to stay the enforcement of the trial court's order dismissing a criminal indictment against the Appellee pending the above-styled appeal. The Appellant's motion is hereby *GRANTED*.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___07/24/2015___*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*